HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER D. BELLAMY, a single woman, | |
| Plaintiff, | Cause No. 2:19-cv-00069-SMJ |
| vs. | |
| WENATCHEE PUBLIC SCHOOL, a local government entity; and BRIAN FLONES and DARILLYN FLONES, husband and wife and their marital estate, | NOTICE OF SETTLEMENT |
| Defendants. | |

Notice is hereby given that all claims against all parties in this action have been resolved. Any trial or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of the parties. Once the terms of the resolution have been satisfied, the parties will file a stipulated motion to dismiss.

///

NOTICE OF SETTLEMENT - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1 | DATED this 7th day of January, 2021.

EVANS, CRAVEN & LACKIE, P.S.

By: _____*s/ Michael E. McFarland, Jr.*_____
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants

NOTICE OF SETTLEMENT - page 2

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kenneth W. Chadwick
Schultheis Tabler Wallace, PLLC
56 C Street N.W.
Ephrata, WA  98823
Email:        kchadwick@waclawfirm.com

                    By:         *s/ Michael E. McFarland, Jr.*
                            MICHAEL E. McFARLAND, JR. #23000
                            Attorney for Defendants
                            Evans, Craven & Lackie, P.S.
                            818 W. Riverside Ave., Suite 250
                            Spokane, Washington  99201
                            (509) 455-5200
                            (509) 455-3632 Facsimile
                            MMcFarland@ecl-law.com