FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER D. BELLAMY, a single woman,<br><br>                Plaintiff,<br><br>vs.<br><br>WENATCHEE PUBLIC SCHOOL, a local government entity, BRIAN FLONES, husband and his marital estate, and DARILLYN FLONES, wife and her marital estate,<br><br>                Defendants. | No.  2:19-cv-00069-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

On January 13, 2021, the parties filed a stipulated dismissal, ECF No. 46. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs, **ECF No. 46**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS – 1

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of January 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge